**WO**                                                                                                          KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Campbell Herrera, ) | No. CV 05-808-PHX-NVW (BPV) |
| Plaintiff, ) | **ORDER FOR PAYMENT OF INMATE FILING FEE** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

Plaintiff Jose Campbell Herrera, inmate number 193931, presently confined in the Arizona State Prison Complex-Eyman, has been assessed an initial partial filing fee of twenty-nine dollars ($29.00) for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of the initial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.

The Director of the Arizona Department of Corrections is required to send to the Clerk of the Court the initial partial filing fee, and thereafter, payments from Plaintiff's trust account each time the amount in the account exceeds ten dollars ($10.00), until the statutory filing fee of two hundred fifty dollars ($250.00) is paid in full. 28 U.S.C. § 1915(b)(2).

1 **IT IS THEREFORE ORDERED** that:

2 (1) The Director of the Arizona Department of Corrections or her designee SHALL COLLECT from Plaintiff's trust account an initial partial filing fee in the amount of twenty-nine dollars ($29.00) and shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by the name and number assigned to this action;

(2) Thereafter, the Director of the Arizona Department of Corrections or her designee shall collect from Plaintiff's trust account the two hundred twenty-one dollar ($221.00) balance of the filing fee by collecting monthly payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds ten dollars ($10.00) in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action;

(3) The Clerk of the Court is DIRECTED to serve by mail a copy of this Order on the Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007;

(4) The Director of the Arizona Department of Corrections or her designee SHALL NOTIFY the Clerk of the Court in writing when Plaintiff is either released from the Arizona Department of Corrections or transferred to a correctional institution other than the Arizona Department of Corrections, so new billing arrangements may be made to collect any balance still outstanding;

(5) That the Clerk of Court is DIRECTED to serve by mail a copy of this Order on Michael Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona, 85007;

///
///
///
///
///

1    (6) The Clerk of the Court is DIRECTED to forward a copy of this Order to Financial
2 Administration for the Phoenix Division of the United States District Court for the District
3 of Arizona.
4    DATED this 25th day of October, 2005.

_____
Neil V. Wake
United States District Judge